## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Juan Loja Jadan,** | **CIVIL ACTION** |
| **Petitioner,** | |
| **v.** | |
| **J.L. Jamison, John E. Rife, Markwayne Mullin, Todd Blanche, U.S. Department of Homeland Security, and Executive Office for Immigration Review** | **NO.  26-5462** |
| **Respondents.** | |

## O R D E R

**AND NOW**, this 5th day of August, 2026, in light of the Government's Certification of

Compliance with the Court's Order (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of

Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.


**BY THE COURT:**



_____/s/ Wendy Beetlestone_____
**WENDY BEETLESTONE, C.J.**